HAVANA JOURNAL, Appellant, v. WEED et al., Respondents.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by the Havana Journal against Mary E. Weed and others.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs.

---

HIRST, Respondent, v. PEOPLE'S RY. CO. OF SYRACUSE, Appellant.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by William S. Hirst against the People's Railway Company of Syracuse.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order affirmed, with costs.

---

JOHNSON, Appellant, v. WARREN, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Holland C. Johnson against Lewis Warren.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order affirmed, with $10 costs and disbursements.

---

McCARTHY, Appellant, v. McCARTHY, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Esther Y. McCarthy against Eugene McCarthy.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order reversed, with $10 costs and disbursements. Held, (1) that the giving of the undertaking specified in the papers before us did not operate per se as a stay of proceedings without the giving of the bond with sureties, as provided in the judgment, (Code Civil Proc. § 1330; Galusha v. Galusha, 108 N. Y. 114, 15 N. E. 63;) (2) that if the supreme court has power to stay proceedings on the judgment without the giving of the bond called for by the judgment, as intimated in Granger v. Craig, 85 N. Y. 619, there is no sufficient reason apparent in the papers before us for the exercise of the discretion of the court in that regard. See 23 N. Y. Supp. 1152.

---

In re MOSHER, Justice of the Peace.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Application to remove Lewis E. Mosher, justice of the peace of the town of Horseheads.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order granted continuing case to next term. See 24 N. Y. Supp. 1147.